IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-282

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| SHIRLEY OUTING GRAVES ) | |
| ) | |

**THIS MATTER** is before the Court upon motion and addendum of the defendant, pro se, requesting that the Court modify its sentence. (Doc. Nos. 34, 35).

The defendant seeks a reduction under 18 U.S.C. § 3742(e) based on post-sentencing rehabilitation. However, that statute governs appellate review of sentences. The positive circumstances cited by the defendant are not grounds for a sentence reduction by this Court. 18 U.S.C. § 3582(c); Fed. R. Crim. P. 35.

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 34) is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: October 1, 2012

Robert J. Conrad, Jr.
Chief United States District Judge